# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 27, 2015

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-10800-AA
Case Style: Michael Lorusso v. Sun Holdings, LLC, et al
District Court Docket No: 8:14-cv-00822-EAK-TGW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: David L. Thomas, AA
Phone #: (404) 335-6169

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-10800-AA

_____

MICHAEL A. LORUSSO,
on his own behalf and others similarly situated,

                                                                                                  Plaintiff-Appellant,

versus

SUN HOLDINGS, LLC,
SUN STEAKS, LLC,

                                                                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: HULL, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Michael Lorusso has appealed from the district court's February 12, 2015, order compelling arbitration and staying proceedings in the case. The order appealed from is not final or immediately appealable. *See* 9 U.S.C. § 16(b)(1)-(2); *Am. Express Fin. Advisors, Inc. v. Makarewicz*, 122 F.3d 936, 939 (11th Cir. 1997). All pending motions are DENIED as MOOT.

      No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.